1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE LARRY ALAN BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 19CR2167-LAB |
| Plaintiff, | Date: August 12, 2019<br>Time: 2:00 p.m. |
| v. | **ORDER TO PRESERVE AND INSPECT EVIDENCE** |
| VINCENT GONZALEZ, | |
| Defendants. | |

11
12
13
14
15
16
17

18      **FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that:

19          The government preserve the following evidence during the pendency

20  of this case:

21      • any seized cell phone;

22      • Any personal belongings or items seized by the agents belonging to Mr.

23          Gonzalez;

24      • the video/audio of Mr. Gonzalez's arrest, including body camera videos;

25      • The video/audio of searches conducted by agents in relation to this

26          indictment or related indictments;

27      • Video/audio of all statements made by Mr. Gonzalez, including any

28          conversations with confidential informants or undercover agents;

1 • Any narcotics seized in this case.

2

3      Further, that all government agencies and private contractors having custody

4 of such evidence be notified of this preservation order and that defense counsel

5 and/or their agents and investigators be granted access to the vehicle, the cell phone

6 and other items listed above.    Further, that defense counsel and/or their

7 agents/investigators be granted permission to inspect, video or photograph all items

8 listed herein.

9

10

11 DATED: 7/29/2019          By: _Larry A. Burns_

12                          **HONORABLE LARRY ALAN BURNS**
                           CHIEF UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28